NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6265/ Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY ORLAN TREIS and<br><br>FELICIA ANN TREIS,<br><br>Defendants. | Case No. 2:20-cr-00184-JAD-EJY<br><br>**Government's<br>Motion to Unseal Indictment** |

On or about July 29, 2020, this Court sealed an indictment charging defendant Timothy Orlan Treis with violating 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) (Conspiracy to Distribute a Controlled Substance) and 18 U.S.C. §1791(a)(2) (Attempted Possession of Contraband in Prison), and Felicia Ann Treis with violating 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) (Conspiracy to Distribute a Controlled Substance) and 18 U.S.C. §1791(a)(1) (Attempted Provision of Contraband in Prison).

Timothy Tries had his initial appearance on these charges on August 4, 2020, before Magistrate Judge Baldwin and was ordered to be detained pending trial. Because Timothy Treis is now aware of these charges and remains in Federal custody, there is no longer

cause to keep the Indictment under seal. The Government therefore requests that the Court order the Indictment unsealed.

DATED this 20th day of August, 2020.

Respectfully submitted,<br>
NICHOLAS A. TRUTANICH<br>
United States Attorney<br><br>
/s/ Simon F. Kung<br>
SIMON F. KUNG<br>
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY ORLAN TREIS,

    Defendant.

Case No. 2:20-cr-00184-JAD-EJY

[Proposed] Order Granting Government's Motion to Unseal Indictment

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case shall be unsealed.

DATED this 1st day of September, 2020.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3