KENDALL S. STONE, ESQ.
Nevada bar No. 15337
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
FELICIA TREIS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-cr-00184-JAD-EJY |
| Plaintiff, | ) | |
| v. | ) | ORDER TO EXPEDITE SENTENCING, |
| FELICIA TREIS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between FELICIA TREIS, Defendant, by and through her counsel KENDALL S. STONE, ESQ., and CHRISTOPHER CHIOU, Acting United States Attorney and SIMON KUNG, ESQ., Assistant United States Attorney, that sentencing hearing in the above-captioned matter currently scheduled for June 6, 2022 at the hour of 8:30 a.m., be vacated and advanced to a time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel and the Government agree to the advancing the hearing forward.

2. Defendant Treis is in Custody and agrees to this.

3. The United States Probation Office has completed a presentence report. Defendant Treis has waived her presentence interview and any objections to the presentence report.

4. Defendant Treis has entered into a plea agreement with the Government wherein both parties will recommend six months in custody.

-1-

5. Defendant Treis made her initial appearance in custody on October 22, 2021.

6. Defendant Treis was detained pending the outcome of her pretrial revocation proceeding.

7. Defendant Tries stipulated to the violations and agreed to remain in custody on December 1, 2021.

8. Defendant Treis's current sentencing date would be after the six months Defendant Treis would spend in custody if the Court chooses to follow the parties' sentencing recommendation.

DATED this 22nd day of March 2022.

| | |
|---|---|
| PITARO & FUMO, CHTD. | CHRISTOPHER CHIOU<br>ACTING UNITED STATES ATTORNEY |
| /s/ Kendall S. Stone<br>KENDALL S. STONE, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>FELICIA TREIS | /s/ Simon F. Kung<br>SIMON KUNG, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-cr-00184-JAD-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT, CONCLUSION OF |
| v. | ) | LAW, AND ORDER |
| | ) | |
| FELICIA TREIS, | ) | |
| | ) | |
| _____ | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel and the Government agree to the advancing the hearing forward.

2. Defendant Treis is in Custody and agrees to this.

3. The United States Probation Office has completed a presentence report. Defendant Treis has waived her presentence interview and any objections to the presentence report.

4. Defendant Treis has entered into a plea agreement with the Government wherein both parties will recommend six months in custody.

5. Defendant Treis made her initial appearance in custody on October 22, 2021.

6. Defendant Treis was detained pending the outcome of her pretrial revocation proceeding.

7. Defendant Tries stipulated to the violations and agreed to remain in custody on December 1, 2021.

8. Defendant Treis's current sentencing date would be after the six months Defendant would spend in custody if the Court chooses to follow the parties' sentencing recommendation.

## ORDER

**IT IS ORDERED** that sentencing currently scheduled for June 6, 2022 at the hour of 8:30 a.m., be vacated and advanced to April 18, 2022, at 3:00 p.m. and will be conducted in person.

DATED this 29th day of March, 2022.

_____
U.S. DISTRICT JUDGE